STEVEN J. ROTHANS – State Bar No. 106579
JUSTIN READE SARNO – State Bar No. 229803
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa Street, Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 [fax]
srothans@crdlaw.com / jsarno@crdlaw.com

Attorneys for Defendants, CITY OF SANTA ANA, a public entity, CHIEF PAUL M. WALTERS, and JOSEPH W. FLETCHER, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, et al.<br><br>Defendants. | Case No.: SACV10-1332-AG (RNBx)<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: November 1, 2010<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Discovery Cut-Off: Not set<br>Final Pre-Trial Conf.: Not set<br>Trial: Not set<br><br>**United States District Court Judge Honorable Andrew J. Guilford** |

PLEASE TAKE NOTICE that on November 1, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom "10D" of the U.S. District Court, Central District (Santa Ana), located at 411 West Fourth Street, Santa Ana, California, 92701-4516, Defendants CITY OF SANTA ANA, a public entity, and CHIEF PAUL M. WALTERS and JOSEPH W. FLETCHER will and hereby moves the Court for an Order striking the following defective portions of the First Amended Complaint, pursuant to Federal Rules of Civil Procedure, Rule 12(f):

-1-
MOTION TO STRIKE PORTIONS OF PLAINTIFFS' CLASS ACTION COMPLAINT

1.     1.    Paragraph 35: "[p]ursuant to 42 U.S.C. section 1983, Plaintiff Hazard and class members are entitled to recover punitive damages from Defendants PAUL M. WALTERS and JOSEPH W. FLETCHER, sued in their personal capacities."

2.    Prayer for Relief, Item 5: "For punitive damages from Defendants PAUL M. WALTERS and JOSEPH W. FLETCHER in their personal capacities."

This motion is made and based on the provisions of the <u>Federal Rules of Civil Procedure</u>, Rule 12(f), and <u>Government Code</u> § 818, this notice of motion, the memorandum of points and authorities attached hereto, the pleadings and records on file with this Court, and on such oral and documentary evidence as may be presented at the hearing of this Motion.

This motion is made following a meet and confer among counsel on September 22, 2010 and September 27, 2010.

DATED:    September 27, 2010       CARPENTER, ROTHANS & DUMONT

By: _____
STEVEN J. ROTHANS
JUSTIN READE SARNO
Attorneys for Defendant,
CITY OF SANTA ANA, a public entity,
CHIEF PAUL M. WALTERS, and JOSEPH W. FLETCHER, ~~public employees~~

## TABLE OF CONTENTS

MEMORANDUM OF POINTS AND AUTHORITIES ..............................1

I.  INTRODUCTION ..................................................................1

II. STATEMENT OF LAW ...........................................................2

    A.    This Motion To Dismiss Is Proper, Where The Plaintiff Has Failed To State Facts Sufficient To Constitute Any Claim For Relief ..............................................................................2

    B.    Plaintiffs' Allegations Are Insufficient To Support A Claim For Punitive Damages Against Chief Paul M. Walters And Joseph W. Fletcher ......................................................................2

III. CONCLUSION ......................................................................3

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

This class action complaint arises out of the sole, regurgitated allegation that plaintiffs (along with other "similarly situated" members of the constituted "class") were issued "non-warning traffic tickets after Defendants' automated traffic cameras photographed those persons' license plates, and who paid such tickets," prior to November 25, 2009. This allegation centers, squarely, upon the allegation that Defendants CITY OF SANTA ANA, a public entity, CHIEF PAUL M. WALTERS and JOSEPH W. FLETCHER, public employees, have violated the provisions of Vehicle Code § 21455.5(b).

As an outgrowth of these allegations, plaintiffs have asserted five individual claims, including: (1) violation of 42 U.S.C. § 1983 for violation of the 5th and 14th Amendments; (2) unjust enrichment for violation of Vehicle Code § 21455.5(b); (3) violation of article I, § 7(a) of the California Constitution (*i.e.,* state due process); (4) violation of article I, § 19(a) of the California Constitution (*i.e.,* "takings clause"); and (5) violation of Business & Professions Code § 17200, *et seq.*

As set forth in the present motion to strike, plaintiffs have requested the improper imposition of punitive damages against CHIEF PAUL M. WALTERS and JOSEPH W. FLETCHER under the circumstances. There are simply no facts set forth in the operative complaint to justify the imposition of exemplary damages. Instead, the plaintiffs' complaint contains only cursory allegations that WALTERS and FLETCHER "violated the Due Process Clause… by collecting tickets from non-warning traffic tickets issued for violations recorded by its automatic traffic cameras." [Compl., ¶ 17(d)]. Ultimately, such allegations are woefully insufficient for purposes of stating a claim and "prayer" for punitive damages under the circumstances.

///

## II. STATEMENT OF LAW

### A. THIS COURT MAY STRIKE THE PLAINTIFF'S IMPROPER REQUESTS FOR PUNITIVE DAMAGES FROM THE FIRST AMENDED COMPLAINT.

Motions to strike are authorized under the Federal Rules of Civil Procedure, Rule 12(f), which authorizes the Court to "order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." FED. R. CIV. P. 12(f). The function of a Rule 12(f) motion is to "avoid the expenditure of time and money that must arise from litigating spurious issues by dispensing with those issues prior to trial." Fantasy, Inc. v. Fogerty, 984 F.2d 1524, 1527 (9th Cir. 1993). Among those matters a court may strike from a pleading is an improper demand or prayer for relief, where the damages sought are not recoverable as a matter of law. See Tapley v. Lockwood Green Engineers, Inc., 502 F.2d 559, 560 (8th Cir. 1974).

### B. PLAINTIFFS' ALLEGATIONS ARE INSUFFICIENT TO SUPPORT A CLAIM FOR PUNITIVE DAMAGES AGAINST CHIEF PAUL M. WALTERS AND JOSEPH W. FLETCHER.

In California, a claim for punitive damages cannot be pled generally and requires specific factual allegations to support a claim for such damages. See Brousseau v. Jarrett, 73 Cal.App.3d 864, 872 (1977). In Brousseau, the court upheld the dismissal of a claim for punitive damages that generally alleged, following Civil Code § 3294, that a defendant acted with oppression, fraud, malice or despicable conduct or malice. Noting that the plaintiff's allegations were too conclusory to uphold a request for punitive damages, Brousseau court held:

> "We need not reach that issue because the second count's conclusory characterization of defendant's conduct as intentional, willful and

fraudulent is a patently insufficient statement of 'oppression, fraud, or malice, express or implied,' within the meaning of section 3294." Brousseau, 73 Cal.App.3d at 872.

Here, the plaintiff's allegations as to the individual defendants are insufficient to support the plaintiff's request for punitive damages. For example, at Paragraph 35 of the operative class action complaint, as well as at Prayer, Item 5, plaintiffs seek the imposition of punitive damages against CHIEF PAUL M. WALTERS, and JOSEPH W. FLETCHER. Quite simply, this is an improper request, as there are no facts set forth within the four corners of the operative complaint which would justify the imposition of exemplary damages under the circumstances.

## III. CONCLUSION

Based upon the foregoing, the Defendants CITY OF SANTA ANA, CHIEF PAUL M. WALTERS, and JOSEPH W. FLETCHER respectfully request that this Court grant the instant motion to strike aforementioned portions of plaintiffs' class action complaint.

DATED: September 27, 2010          CARPENTER, ROTHANS & DUMONT

By: _____
STEVEN J. ROTHANS
JUSTIN READE SARNO
Attorneys for Defendant,
CITY OF SANTA ANA, a public entity,
CHIEF PAUL M. WALTERS, and JOSEPH
W. FLETCHER, public employees

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On September 27, 2010, I served the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

***SEE ATTACHED SERVICE LIST***

**BY U.S. MAIL & CM/ECF FILING:**
__X__ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 27, 2010, at Los Angeles, California.

**FEDERAL**
__X__ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Gabrielle Duran                                   X_____
                                                  (Signature)

-2-

## ATTACHED SERVICE LIST

Gene Williams, Esq.
Mark P. Pifko, Esq.
Jamie R. Greene, Esq.
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Tel:   (310) 556-5637
Fax:   (310) 861-9051
*Attorneys for Plaintiffs Robert Plumleigh and Thomas R. Hazard, III*

Aaron D. Aftergood, Esq.
The Aftergood Law Firm
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Tel:   (310) 551-5221
Fax:   (310) 496-2840
*Attorneys for Plaintiffs Robert Plumleigh and Thomas R. Hazard, III*