1  GREGORY P. BARBEE, Cal. Bar No. 185156
   gbarbee@sheppardmullin.com
2  MICHAEL D. STEWART, Cal. Bar No. 161909
   mstewart@sheppardmullin.com
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
4  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
5  Facsimile:   213-620-1398

6  Attorneys for Defendants REDFLEX
   TRAFFIC SYSTEMS (CALIFORNIA), INC.
7  and REDFLEX TRAFFIC SYSTEMS, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually, on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the California Private Attorneys General Act ("PAGA"),<br><br>                Plaintiffs,<br><br>     v.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:  SACV10-1332-CJC (RNBx)<br><br>United States District Court Judge Honorable Cormac J. Carney<br><br>**DEFENDANTS REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC. AND REDFLEX TRAFFIC SYSTEMS, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>Discovery Cut-Off:      Not set<br>Final Pre-Trial Conf.:  Not set<br>Trial:                          Not set |

W02-WEST:1JMH1\402981492.1

Fed. R. Civ. P. 7.1 Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendants Redflex Traffic Systems (California), Inc. and Redflex Traffic Systems, Inc., certifies, to the best of their knowledge, as follows:

1. Redflex Traffic Systems (California), Inc. is wholly owned by Redflex Holdings Limited, an Australia corporation.

2. Redflex Traffic Systems, Inc. is wholly owned by Redflex Holdings Limited, an Australia corporation.

Dated: October 11, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
GREGORY P. BARBEE
MICHAEL D. STEWART
Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC. and REDFLEX TRAFFIC SYSTEMS, INC.

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 43rd Floor, Los Angeles, California 90071.

On **October 11, 2010**, I served the following document(s) described as **DEFENDANTS REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC. AND REDFLEX TRAFFIC SYSTEMS, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL and EMAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 714-513-5130. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(h)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2010, at Los Angeles, California.

_____
Susie Navarro

W02-WEST:1JMH1\402981492.1

-1-

Fed. R. Civ. P. 7.1 Disclosure Statement

## SERVICE LIST

Gene Williams
gwilliams@initiativelegal.com
Mark P. Pifko
mpifko@initiativelegal.com
Theodore O'Reilly
toreilly@initiativelegal.com
Initiative Legal Group, APC
1800 Century Park East, 2nd Floor
Los Angeles, CA  90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Aaron D. Aftergood
aaron@aftergoodesq.com
The Aftergood Law Firm
1875 Century Park East, Suite 2230
Los Angeles, CA  90067
Telephone:  (310) 551-5221
Facsimile:  (310) 496-2840