**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 10-01332-CJC(RNBx)                                  Date: October 26, 2010

Title: <u>ROBERT PLUMLEIGH, ET AL. V. CITY OF SANTA ANA, ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                                                  <u>    N/A    </u>
Deputy Clerk                                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANTS' MOTION TO DISMISS** [filed 09/29/10]

  Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* FED. R. CIV. P. 78; LOCAL RULE 7-15. Accordingly, the hearing set for November 1, 2010 at 1:30 p.m. is hereby vacated and off calendar.

  On September 3, 2010, Plaintiffs Robert Plumleigh and Thomas R. Hazard III (collectively "Plaintiffs") commenced this class action on behalf of themselves and others similarly situated against the City of Santa Ana, Paul M. Walters, Joseph W. Fletcher, and Redflex Traffic Systems, Inc (collectively "Defendants"). Plaintiffs allege that Defendants' use of automated traffic cameras at intersections to issue non-warning traffic tickets to Plaintiffs and other class members violates Plaintiffs' constitutional rights under the U.S. and California Constitutions and several California state laws. On September 29, 2010, Defendants City of Santa Ana, Paul M. Walters and Joseph W. Fletcher filed the instant motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) in response to Plaintiffs' initial complaint. However, Plaintiffs subsequently amended their complaint on October 12, 2010, as allowed by Federal Rule of Civil Procedure 15(a)(1)(B). The motion to dismiss is no longer responsive to the operative complaint. Indeed, the City of Santa Ana, Paul M. Walters and Joseph W. Fletcher filed a new motion to dismiss the First Amended Class Action Complaint on October 21, 2010.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01332-CJC(RNBx)          Date: October 26, 2010
                                                                               Page 2

Therefore, this motion to dismiss is DENIED as moot.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                      Initials of Deputy Clerk MU