Gene Williams (SBN 211390)
Mark P. Pifko (SBN 228412)
Theodore O'Reilly (SBN 267675)
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5634
Facsimile: (310) 861-9051

Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
The Aftergood Law Firm
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 551-5221
Facsimile: (310) 496-2840

Attorneys for Plaintiffs Robert Plumleigh and Thomas R. Hazard III

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV10-1332-CJC (RNBx)<br><br>[~~PROPOSED~~] ORDER<br><br>Date Filed: September 3, 2010<br>Trial Date: None Set |

The Court, having considered the parties' Joint Stipulation to Waive the Requirements of Local Rule 23-3, and **GOOD CAUSE HAVING BEEN SHOWN**, hereby orders that the Joint Stipulation is **GRANTED**.

**IT IS ORDERED THAT:** The United States District Court, Central District of California Local Rule 23-3 requirement that Plaintiffs file their Motion for Class Certification within ninety (90) days of service of their Complaint is hereby waived. The deadline by which Plaintiffs must file their Motion for Class Certification shall be 120 days after the pleadings are settled. This Order does not prejudice Plaintiffs' right to seek a further continuance of the deadline to file their Motion for Class Certification, nor Defendants' right to object to any further continuances of the deadline for filing a class certification motion.

Dated: November 03, 2010

Hon. Cormac J. Carney
Judge of the United States District Court,
Central District of California