Gene Williams (SBN 211390)
Mark P. Pifko (SBN 228412)
Theodore O'Reilly (SBN 267675)
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5634
Facsimile: (310) 861-9051

Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
The Aftergood Law Firm
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 551-5221
Facsimile: (310) 496-2840

Attorneys for Plaintiffs Robert Plumleigh and Thomas R. Hazard III

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV10-1332-CJC (RNBx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING**<br><br>[*Proposed Order Concurrently Filed*]<br><br>Date Filed: September 3, 2010<br>Trial Date: None Set |

Plaintiffs ROBERT PLUMLEIGH and THOMAS R. HAZARD III ("Plaintiffs"), by and through their counsel of record, and Defendants CITY OF SANTA ANA, PAUL M. WALTERS, and JOSEPH W. FLETCHER, by and through their counsel of record, jointly stipulate as follows:

**WHEREAS,** Defendants CITY OF SANTA ANA, PAUL M. WALTERS, and JOSEPH W. FLETCHER filed a Motion to Dismiss Plaintiffs' First Amended Complaint on October 21, 2010 (Doc. No. 22) and a Motion to Strike Portions of Plaintiffs' First Amended Complaint on October 27, 2010 (Doc. No. 25), both of which are scheduled to be heard by the above-captioned court on November 29, 2010 at 1:30 p.m.;

**WHEREAS,** Defendants REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC. and REDFLEX TRAFFIC SYSTEMS, INC. filed a Motion to Dismiss Plaintiffs' First Amended Complaint on October 28, 2010 (Doc. No. 26), which is scheduled to be heard by the above-captioned court on December 6, 2010 at 1:30 p.m.;

**WHEREAS,** the motions present similar issues and arguments, and thus, the parties believe that for purposes of efficiency and judicial economy, the motions filed by Defendants CITY OF SANTA ANA, PAUL M. WALTERS, and JOSEPH W. FLETCHER (Doc. Nos. 22 and 25) should be heard by this Court on the same date as the motion filed by Defendants REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC. and REDFLEX TRAFFIC SYSTEMS, INC. (Doc. No. 26);

///
///
///
///
///
///
///

1  **IT IS HEREBY JOINTLY STIPULATED AND REQUESTED** that the
2  Court continue the hearing on the Motion to Dismiss and Motion to Strike filed by
3  Defendants CITY OF SANTA ANA, PAUL M. WALTERS, and JOSEPH W.
4  FLETCHER (Doc. Nos. 22 and 25) from November 29, 2010 to December 6, 2010
5  at 1:30 p.m.

7  Dated: November 4, 2010

Respectfully submitted,
Initiative Legal Group APC

By: _____
Gene Williams
Mark R. Pifko
Theodore O'Reilly

Attorneys for Plaintiffs Robert Plumleigh
and Thomas R. Hazard III

14 Dated: November 4, 2010

Respectfully submitted,
CARPENTER, ROTHANS & DUMONT

By: _____
Steven J. Rothans
Justin Reade Sarno

Attorneys for Defendants City of Santa
Ana, Paul M. Walters, and Joseph W.
Fletcher