Gene Williams (SBN 211390)
Mark P. Pifko (SBN 228412)
Theodore O'Reilly (SBN 267675)
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5634
Facsimile: (310) 861-9051

Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
The Aftergood Law Firm
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 551-5221
Facsimile: (310) 496-2840

Attorneys for Plaintiffs Robert Plumleigh and Thomas R. Hazard III

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually and on behalf of other members of the general public similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.: SACV10-1332-CJC (RNBx)<br><br>[~~PROPOSED~~] ORDER<br><br><br>Date Filed: September 3, 2010<br>Trial Date: None Set |

1  The Court, having considered the parties' Joint Stipulation to Continue
2  Hearing, and **GOOD CAUSE HAVING BEEN SHOWN**, hereby orders that the
3  Joint Stipulation is **GRANTED**.
4      **IT IS HEREBY ORDERED** that the hearing for the Motion to Dismiss
5  (Doc. No. 22) and the Motion to Strike (Doc. No. 25) filed by Defendants CITY
6  OF SANTA ANA, PAUL M. WALTERS, and JOSEPH W. FLETCHER,
7  currently set to be heard on November 29, 2010 at 1:30 p.m., be continued to
8  December 6, 2010 at 1:30 p.m.

Dated: 11/5/10

Hon. Cormac J. Carney
Judge of the United States District Court,
Central District of California

Page 1
[P~~ROPOSED~~] ORDER