#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

#### CIVIL MINUTES – GENERAL

Case No. SACV 10-01332-CJC(RNBx)                                    Date:  November 8, 2010

Title: <u>ROBERT PLUMLEIGH, ET AL. V. CITY OF SANTA ANA, ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                         <u>      N/A      </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANTS' MOTION TO DISMISS** [filed 10/11/10]

    Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  *See* FED. R. CIV. P. 78; LOCAL RULE 7-15.  Accordingly, the hearing set for November 15, 2010 at 1:30 p.m. is hereby vacated and off calendar.

    On September 3, 2010, Plaintiffs Robert Plumleigh and Thomas R. Hazard III (collectively "Plaintiffs") commenced this class action on behalf of themselves and others similarly situated against the City of Santa Ana, Paul M. Walters, Joseph W. Fletcher, Redflex Traffic Systems (California), Inc. and Redflex Traffic Systems, Inc. (collectively "Defendants").  Plaintiffs allege that Defendants' use of automated traffic cameras at intersections to issue non-warning traffic tickets to Plaintiffs and other class members violates Plaintiffs' constitutional rights under the U.S. and California Constitutions and several California state laws.  On October 11, 2010, Defendants Redflex Traffic Systems (California), Inc. and Redflex Traffic Systems, Inc. filed the instant motion to dismiss Plaintiffs' California state law claims for unjust enrichment and unlawful business practices under Federal Rule of Civil Procedure 12(b)(6).  However, Plaintiffs subsequently amended their complaint on October 12, 2010, as allowed by Federal Rule of Civil Procedure 15(a)(1)(B).  The motion to dismiss is no longer responsive to the operative complaint.  Indeed, the Redflex defendants filed a new motion to dismiss the same claims from the First Amended Class Action Complaint on October 28, 2010.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01332-CJC(RNBx)          Date: November 8, 2010
                                                                          Page 2

Therefore, this motion to dismiss is DENIED as moot.

mkyc

MINUTES FORM 11
CIVIL-GEN                                            Initials of Deputy Clerk MU