1 | GREGORY P. BARBEE, Cal. Bar No. 185156
gbarbee@sheppardmullin.com
2 | MICHAEL D. STEWART, Cal. Bar No. 161909
mstewart@sheppardmullin.com
3 | JOHN M. HYNES, Cal. Bar No. 265778
jhynes@sheppardmullin.com
4 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
5 | Los Angeles, California  90071-1448
Telephone:  213-620-1780
6 | Facsimile:    213-620-1398

7 | Attorneys for Defendants REDFLEX
TRAFFIC SYSTEMS (CALIFORNIA), INC.
8 | and REDFLEX TRAFFIC SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually, on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the California Private Attorneys General Act ("PAGA"), | Case No.:  SACV10-1332-CJC (RNBx) |
|---|---|
| | United States District Court Judge Honorable Cormac J. Carney |
| Plaintiffs, | **ORDER** |
| v. | Discovery Cut-Off:       Not set |
| CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | Final Pre-Trial Conf.:   Not set
Trial:                            Not set |
| Defendants. | |

W02-WEST:1JMH1\403128103.1

ORDER

The Court, having considered the Parties' Joint Stipulation to Continue Hearings, and **GOOD CAUSE HAVING BEEN SHOWN**, hereby orders that the Joint Stipulation is **GRANTED**.

**IT IS HEREBY ORDERED** that the hearings on the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint and Motion to Strike Portions of Plaintiffs' First Amended Class Action Complaint filed by defendants CITY OF SANTA ANA, PAUL M. WALTERS, and JOSEPH W. FLETCHER (Doc. Nos. 22 and 25) and Motion to Dismiss Plaintiffs' First Amended Class Action Complaint filed by defendants REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC. and REDFLEX TRAFFIC SYSTEMS, INC. (Doc. No. 26) be continued to December 13, 2010 at 1:30 p.m.

Dated:  December 2, 2010

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE