1  GREGORY P. BARBEE, Cal. Bar No. 185156
   gbarbee@sheppardmullin.com
2  MICHAEL D. STEWART, Cal. Bar No. 161909
   mstewart@sheppardmullin.com
3  JOHN M. HYNES, Cal. Bar No. 265778
   jhynes@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
5  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
6  Facsimile:   213-620-1398

7  Attorneys for Defendants REDFLEX
   TRAFFIC SYSTEMS (CALIFORNIA), INC.
8  and REDFLEX TRAFFIC SYSTEMS, INC.

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually, on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the California Private Attorneys General Act ("PAGA"),<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:  SACV10-1332-CJC (RNBx)<br><br>United States District Court Judge Honorable Cormac J. Carney<br><br>**[PROPOSED]** ORDER<br><br>Discovery Cut-Off:　　Not set<br>Final Pre-Trial Conf.:　Not set<br>Trial:　　　　　　　　Not set |

W02-WEST:1JMH1\403165018.1

[PROPOSED] ORDER

The Court, having considered the Parties' Joint Stipulation to Extend Time to File Motion for Attorneys' Fees and Bill of Costs, and **GOOD CAUSE HAVING BEEN SHOWN**, hereby orders that the Joint Stipulation is **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for Defendants Redflex Traffic Systems (California), Inc. and Redflex Traffic Systems, Inc. to file their motion for award of attorneys' fees and costs pursuant to California Code of Civil Procedure § 425.16 and Bill of Costs pursuant to C.D. Cal. Local Rule 54-3 is extended to and including January 5, 2011.

Dated:  December 27, 2010

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE