1  GREGORY P. BARBEE, Cal. Bar No. 185156
   gbarbee@sheppardmullin.com
2  MICHAEL D. STEWART, Cal. Bar No. 161909
   mstewart@sheppardmullin.com
3  JOHN M. HYNES, Cal. Bar No. 265778
   jhynes@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
5  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
6  Facsimile:   213-620-1398

7  Attorneys for Defendants REDFLEX
   TRAFFIC SYSTEMS (CALIFORNIA), INC.
8  and REDFLEX TRAFFIC SYSTEMS, INC.

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually, on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the California Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV10-1332-CJC (RNBx)<br><br>United States District Court Judge Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER GRANTING REDFLEX DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO C.C.P. § 425.16**<br><br>Date:          Feb. 7, 2011<br>Time:         1:30 p.m.<br>Courtroom: 9B |

W02-WEST:1JMH1\403207825.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Redflex Defendants' Motion for Award of Attorneys' Fees and Costs Pursuant to C.C.P. § 425.16 (the "Motion") filed by Defendants Redflex Traffic Systems (California), Inc. and Redflex Traffic Systems, Inc. (collectively, "Redflex") was heard by this Court on February 7, 2011 at 1:30 p.m. in Courtroom "9B" of the U.S. District Court, Central District (Santa Ana), located at 411 West Fourth Street, Santa Ana, California 92701-4516. The Court, having considered the briefs and arguments submitted by counsel for the parties, and good cause appearing therefor, hereby orders that the Motion is GRANTED.

**IT IS HEREBY ORDERED** that Redflex is the prevailing party in this action under California Code of Civil Procedure § 425.16 and that Plaintiffs are therefore liable to Redflex for its reasonable attorneys' fees and costs in the amount of $100,332.00.

Dated: _____, 2011

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE