1 | GREGORY P. BARBEE, Cal. Bar No. 185156
gbarbee@sheppardmullin.com
2 | MICHAEL D. STEWART, Cal. Bar No. 161909
mstewart@sheppardmullin.com
3 | JOHN M. HYNES, Cal. Bar No. 265778
jhynes@sheppardmullin.com
4 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
5 | Los Angeles, California  90071-1448
Telephone:  213-620-1780
6 | Facsimile:   213-620-1398

7 | Attorneys for Defendants REDFLEX
TRAFFIC SYSTEMS (CALIFORNIA), INC.
8 | and REDFLEX TRAFFIC SYSTEMS, INC.

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually, on behalf 12   of other members of the general public similarly situated, and as aggrieved 13   employees pursuant to the California Private Attorneys General Act 14   ("PAGA"),<br><br>15                    Plaintiffs,<br><br>16         v.<br><br>17   CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; 18   REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California 19   corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware 20   corporation; and DOES 1 through 10, inclusive,<br>21<br>                    Defendants.<br>22 | Case No.:  SACV10-1332-CJC (RNBx)<br><br>United States District Court Judge Honorable Cormac J. Carney<br><br>**REDFLEX DEFENDANTS' NOTICE OF ERRATA RE REDFLEX DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:              Feb. 7, 2011<br>Time:             1:30 p.m.<br>Courtroom:      9B |

23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2

3          PLEASE TAKE NOTICE that Defendants Redflex Traffic Systems

4  (California), Inc. and Redflex Traffic Systems, Inc. (collectively, "Redflex") hereby

5  submit the following errata regarding their Motion for Award of Attorneys' Fees and

6  Costs Pursuant to C.C.P. § 425.16 in the Amount of $100,332.00 ("Motion for

7  Attorneys' Fees"):

8          Properly calculated (as set forth in Exhibit B to the Declaration of

9  Gregory P. Barbee ("Barbee Declaration") [Doc. no. 52]), the fees sought by

10  Redflex in the instant motion total $98,238.50, as follows:

| Attorney | Total Hours | Hourly Rate | Subtotal |
|---|---|---|---|
| Barbee | 103.1 | $395 | $40,724.50 |
| Stewart | 42.2 | $395 | $16,669.00 |
| Hynes | 116.7 | $350 | $40,845.00 |
| TOTAL FEES | | | $98,238.50 |

18          Redflex's motion [Doc. no. 51], the Barbee Declaration [Doc. no. 52]

19  and the proposed order [Doc. no. 54] incorrectly list the fees at $100,332.00.  The

20  table in the motion (at page 7) and the Barbee Declaration (at paragraph 18),

21  incorrectly summarize the evidence in Exhibit B to the Barbee Declaration.

22

23

24

25

26

27

28

-1-

1 | Dated:  January 7, 2011

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

By

5 | GREGORY P. BARBEE
MICHAEL D. STEWART

6 | JOHN M. HYNES
Attorneys for Defendants

7 | REDFLEX TRAFFIC SYSTEMS
(CALIFORNIA), INC. and REDFLEX

8 | TRAFFIC SYSTEMS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF ERRATA RE REDFLEX DEFENDANTS'
MOTION FOR AWARD OF ATTORNEYS' FEES AND
COSTS