GREGORY P. BARBEE, Cal. Bar No. 185156
gbarbee@sheppardmullin.com
MICHAEL D. STEWART, Cal. Bar No. 161909
mstewart@sheppardmullin.com
JOHN M. HYNES, Cal. Bar No. 265778
jhynes@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendants REDFLEX
TRAFFIC SYSTEMS (CALIFORNIA), INC.
and REDFLEX TRAFFIC SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLUMLEIGH and THOMAS R. HAZARD III, individually, on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the California Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ANA; PAUL M. WALTERS; JOSEPH W. FLETCHER; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV10-1332-CJC (RNBx)<br><br>United States District Court Judge Honorable Cormac J. Carney<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL D. STEWART IN SUPPORT OF REDFLEX DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date: Feb. 7, 2011<br>Time: 1:30 p.m.<br>Courtroom: 9B |

## SUPPLEMENTAL DECLARATION OF MICHAEL D. STEWART

I, Michael D. Stewart, state and declare as follows:

1. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), attorneys of record for Defendants Redflex Traffic Systems (California), Inc. and Redflex Traffic Systems, Inc. (collectively, "Redflex"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto. I make this supplemental declaration in support of Redflex Defendants' Motion for Award of Attorneys' Fees and Costs Pursuant to C.C.P. § 425.16 in the Amount of $100,332.00, filed with this Court on January 5, 2011.

2. My previous declaration [Doc. no. 53] incorrectly stated that Redflex seeks fees for 44.8 hours that I billed on this case for a total of $17,696.00. Correctly calculated (as set forth in Exhibit B to the Declaration of Gregory P. Barbee [Doc. no. 52]), Redflex seeks fees for 42.2 hours that I billed on this case for a total of $16,669.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed Costa Mesa, California on January 7, 2011.

_____
MICHAEL D. STEWART

-1-

W02-WEST:1JMH1\403211106.1

SUPPLEMENTAL DECLARATION OF MICHAEL D. STEWART IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS